AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| JOYCE SPARACINO | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| ABC LEGAL SERVICES, INC., et al. | ) |
| *Defendant* | ) |

CV 12-00624 PSG

ADR
E-FILING

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ABC Legal Services, Inc.
National Registered Agents, Inc.
2875 Michelle Drive, Suite 100
Irvine, California 92606


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Fred W. Schwinn
    Consumer Law Center, Inc.
    12 South First Street, Suite 1014
    San Jose, CA  95113-2418


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**Betty Walton**

Date: 2/8/2012

*Signature of Clerk or Deputy Clerk*